United States District Court
for the
Southern District of Florida

| | |
|---|---|
| 5AIF Maple 2 LLC, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-24178-Civ-Scola |
| | ) |
| 5725 Lagorce Partners LLC and Mark Kreisler, Defendants. | ) |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendations on the Plaintiff's motion for attorney's fees and costs. On December 29, 2021, Judge Goodman issued a report, recommending that the Court grant the motion and award the Plaintiff attorney's fees in the amount of $6,650, of which $5,650 would be recoverable against the Defendants, who will be jointly and severally liable with Defendants' counsel, and the remaining $1,000 be recoverable against only Defendants' counsel. (Report & Recommendations, ECF No. 30.) No objections have been filed and the time to object has passed. Having considered Judge Goodman's report, the record, and the relevant legal authorities, this Court finds Judge Goodman's report and recommendations cogent and compelling.

The Court **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 30**). The Court **grants** the Plaintiff's motion for attorneys' fees (**ECF No. 28**). Consistent with the report, the Court awards **$6,650** in attorneys' fees to the Plaintiff. As discussed by Judge Goodman, $5,650 of these fees will be recoverable against the Defendants, who are jointly and severally liable with Defendants' counsel, and $1,000 of these fees will be recoverable against Defendants' counsel only.

**Done and ordered** in Miami, Florida, on January 13, 2022.

_____
Robert N. Scola, Jr.
United States District Judge